# LEO V. DUVAL, ESQ.
## ATTORNEY AT LAW



885 Annadale Road
Staten Island, N.Y. 10312
Tel: (718) 608-0200
Fax: (718) 966-5352
E-mail: lvduvalesq@yahoo.com

**FILED**
IN CLERK'S O
U.S. DISTRIC           N.Y.

★ FEB 23 2012

BROOKLYN OFFICE

February 21, 2012

Hon. Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza West
Brooklyn, NY 11201

Re: USA V. Michael Bergen
    Criminal Docket No: 11-413(SLT)

Your Honor,

    The undersigned represents Michael Bergen in the instant matter presently pending before you.

    This is to respectfully request that Mr. Bergen's bond conditions be modified to permit him to travel and visit family in Land-O-Lakes, Florida from February 25, 2012 until March 2, 2012. Mr. Bergen's complete itinerary has been furnished to his pre-trial services officer. Please be advised that the assigned AUSA and US pre-trial services have consented to this application.

    Thank you for your courtesy and consideration.

Very truly yours,

Leo V. Duval

The application is X granted.
SO ORDERED        denied.

s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: February 22, 2012
Brooklyn, New York

# LEO V. DUVAL, ESQ.
## ATTORNEY AT LAW



885 Annadale Road
Staten Island, N.Y. 10312
Tel: (718) 608-0200
Fax: (718) 966-5352
E-mail: lvduvalesq@yahoo.com

### FAX TRANSMITTAL SHEET

FAX NUMBER: (718) 613-2166

TODAY'S DATE: 2-21-2012          TIME: _____

To: CHAMBERS JUDGE TOWNES

Attn: VERONICA

Re: MICHAEL BERLEN 11-413 (SLT)

Sender's Name: LEO V. DUVAL

Comments: PERMISSION TO TRAVEL

NUMBER OF PAGES INCLUDING THIS TRANSMITTAL SHEET: 2